# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu<br><br>*Plaintiff*,<br><br>*v.*<br><br>Ann E. Dargie and Michelle M. Begley,<br><br>*Defendants*. | Civil Action No. _____<br><br><br>**CIVIL ACTION** |

## CIVIL ACTION

1)   I, Kang Lu, appear *in propria persona* before this court of record, created under **28 U.S. Code § 132**, in a civil action against Defendants Ann E. Dargie and Michelle M. Begley, and allege as follows:

## JURISDICTION AND VENUE

2)   The judicial Power of the United States extends to Controversies between Citizens of different States in accordance with Article III, Section 2 of our Constitution. Therefore, this District Court has jurisdiction over the parties for the adjudication of private rights disputes pursuant to **28 U.S. Code § 1332(a)(1)**, where the matter in controversy exceeds $75,000 in value, and there exists a diversity of citizenship. Venue is proper pursuant to **28 U.S. Code § 1391(b)(1)**, as all defendants are residents of the state in which the district is located.

## PARTIES

3) I am **Kang Lu**, the party bringing the suit[1]. I am a Citizen of New Hampshire, residing in Cheshire County. I am former husband to Cindy Shippee ("Cindy"), who is a key witness to the facts underlying this action. I receive mail and other communication at 106 Sewall Avenue #3, in Brookline, Massachusetts, without the United States. My phone number is 413-300-2102, and my email is libertywithoutlicense@gmail.com.

4) Defendant **Ann E. Dargie** ("Dargie"), is an attorney who purports to represent the Cindy's interests. She is a resident of Massachusetts, and publishes her place of business as the LAW OFFICES OF JENNIFER A. THORN, P.C. at 200 North Main Street, Suite 104 in East Longmeadow, MA 01028, phone number 413-739-1257. Her email is known to me as anndargie@jenniferthornlaw.com.

5) Defendant **Michelle M. Begley** ("Begley"), is an attorney who briefly advised Cindy in 2010 and 2018. She is a resident of Massachusetts, and publishes her place of business on her website (http://begleywebster.com/) as Begley Webster LLC, Attorneys at Law at 1284 Elm St., West Springfield, MA 01089, phone number 413-733-1400. Her email is known to me as mbegley@begleywebster.com.

6) I reserve the right to join any other necessary party who may have an interest relating to the subject of this action, in accordance with **Rule 19**.

---

[1] "The party bringing the suit is master to decide what law he will rely upon." ***The Fair v. Kohler Die & Specialty Co.***, 228 U.S. 22, 23 (1913).

## FACTUAL ALLEGATIONS

7) Where the defendants fail to deny the substance of the allegation, then such allegation is admitted in accordance with *Rule 8 (b)(6)*.

8) Cindy and I were married in Massachusetts in 2006. We were divorced in 2010 pursuant to a private Separation Agreement ("Agreement"), which included a provision for direct payment from me to Cindy in consideration for rearing our first son. This Agreement was approved and incorporated into a judgment of divorce by a court of law, "Pursuant to M.G.L. c. 208 § 34."

9) There has never existed a "support order" as defined in *G. L. c. 119A, § 1A*, and the defendants have repeatedly failed to produce such a document despite multiple requests for discovery.

10) In November 2017, there arose "significant change of circumstances," under Article 16 of the Separation Agreement, prompting me to offer "good faith," fair and equal negotiations, to modify it. Cindy ignored this offer, together with numerous subsequent offers of negotiation.

11) Instead of resolving our differences by discussion between ourselves, Cindy retained defendant Begley in February 2018 to assist her in collecting a fabricated child support obligation "through the Department of Revenue[2]" (hereinafter "DOR" or "IV-D agency").

---

[2] Attorney M. Begley's NOTICE OF HEARING ON MOTION, February 22, 2018.

12) To obtain child support services for her client, defendant Begley procured Cindy to misrepresent herself in a sworn statement as an applicant to the IV-D agency for full child support services[3], even though she knew Cindy was not an applicant for public assistance, nor the parent of a dependent child seeking to receive public assistance, *830 CMR 18.18A.1*. Thus, defendant Begley violated *G. L. c. 268, § 2* by suborning perjury, and *G. L. c. 18, § 18A* by knowingly providing false information to the IV-D agency through the misrepresentation of her client.

13) On 3/22/2018, I served defendant Begley with a notice of error, and intent to take action against her personally for encouraging "groundless litigation with intent to defraud, Cindy and our children." Upon this notice, defendant Begley immediately motioned, and promptly withdrew assistance to Cindy on 3/29/2018.

14) Although defendant Begley did not further counsel or assist Cindy to engage in conduct that she knew to be criminal or fraudulent, she nevertheless violated the Rules of Professional Conduct, *Rules 1.2* and *1.4*, by failing to explain the matter to the extent reasonably necessary for Cindy to make an informed decision about applying for public welfare services from the IV-D agency.

15) Not being adequately informed, and without knowledge of the true nature of her attorney's withdrawal, Cindy retained defendant Dargie shortly thereafter.

---

[3] Child Support Intake Form and Application: *https://www.mass.gov/doc/child-support-intake-form-application-for-full-child-support-services-paper-application/download*

16) Motivated by self-interest and the prospect of a new client, defendant Dargie ignored her wiser colleague's withdrawal, and continued to counsel Cindy to assert a position that a lawyer of reasonable diligence and competence would have known to be criminal or fraudulent. Her failure to make a good faith effort to determine the validity, scope, or meaning of the public welfare laws as applied to her client violated the most basic Rules of Professional Conduct, including ***Rules 1.1, 1.2, 1.3, 3.1, 4.1***, and others.

17) Thus, defendant Dargie exploited her client's lack of knowledge to profit from an action she reasonably should have known was not permitted by law, while simultaneously injuring me, my reputation, and the free exercise and enjoyment of my fundamental rights through an ever-escalating and brazen use of fraud and intimidation for an illegal exaction.

18) Defendant Dargie continued to deceive her victim, Cindy, by asserting a position that was intentionally false, willfully blind to the Truth, or is in reckless disregard for the Truth. This illegal conduct, by a party whose attorney is implicated, sentiently setting in motion an unconscionable scheme directed at the Court itself, calculated to interfere with the judicial system's ability impartially to adjudicate a matter, which, in fact, deceived the Hampden County Probate and Family Court ("Family Court"). See fraud on the court, ***Herring v. United States***, 424 F.3d 384 (3rd Cir. 2005) and ***Sahin v. Sahin***, 435 Mass. 396 (2001).

## CLAIM FOR RELIEF

19) When the defendants procured and perpetuated Cindy's misrepresentation as an applicant or a recipient of public welfare for the purpose of obtaining child support enforcement services, they in fact deceived the Family Court, and enabled the unlawful removal of a private rights dispute from a court of law to an "expedited administrative [or] judicial procedure" for "enforcing support obligations" owed to the State under *42 U.S. Code § 666*, as administered by the State's IV-D agency pursuant to the public welfare laws[4].

20) By this unlawful removal, the defendants deprived me of access to the courts and "to be tried by judges as free, impartial and independent as the lot of humanity will admit" guaranteed by articles *11* and *29* of the Massachusetts Declaration of Rights, to "enforce, interpret or modify" our Agreement. See *Diane Ventrice v. Michael Ventrice,* 87 Mass. App. Ct. 190, 194 (2015): "access to the courts guaranteed to each citizen by art. 11 requires that all cases be decided by a judge."

21) In this way, the defendants violated the Rules of Professional Conduct, *Rule 3.5* and *Rule 8.4* by committing a criminal act or engaging in conduct prejudicial to the administration of justice, involving dishonesty, fraud, deceit or misrepresentation, improperly influencing a judge, or knowingly assisting a judge in misconduct that violates any law.

---

[4] See Massachusetts General Laws, *Part I, Title XVII* — "PUBLIC WELFARE."

22) Specifically, the defendants violated State's Conflict of Interest Law, *G. L. c. 268A, § 2(b)*, by influencing a judge to perform "court activities" under an Interdepartmental Service Agreement[5] ("*ISA*") designed to maximize collections for the IV-D agency — an agency which receives "incentive payments computed as a percentage of" child support collections, *45 CFR § 304.12*. This is illegal because *G. L. c. 268A, § 6* prohibits judicial officers from participating in any "particular matter[6]" in which he has a financial interest, or from receiving anything of value for himself or for any other entity, such as the State's IV-D agency.

23) The defendants also violated *G. L. c. 265, § 25* and the Rules of Professional Conduct, *Rule 3.4(h)*, by defrauding and misusing the judicial machinery in their attempt to extort money from me through intimidation. Believing that he was performing "court activities" for the lawful collection of a debt owed to the State pursuant to the public welfare laws and the *ISA*, the record indicates:

> We're talking about a support obligation … "*which, by the way, you have,*" 1/31/2024; and "*I want you to understand that incarceration is something that is on the table here. … in all likely hood this is gonna end up with you incarcerated for a substantial period of time,*" 4/1/2024. Quoted from Judge Army of the Family Court, acting in his capacity as a "child support hearing officer … who shall not be justices or clerk-magistrates of the trial court," see *G. L. c. 221B, § 2*.

---

[5] See *ISA DOR12010164TRC24A* between the DOR and the Trial Court (TRC).

[6] *G. L. c. 268A, § 1(k)* "Particular matter" includes any judicial or other proceeding, … request for a ruling or other determination, contract, claim, controversy, charge, accusation, arrest …etc.

24) The defendants' misconduct not only deceived Judge Army into threatening me with incarceration, but also led to my public ridicule, discredit, and stigmatization as a "deadbeat dad," thereby contributing to the parental alienation of my sons, damaging my reputation, and causing me serious emotional distress.

25) The defendants' misuse of the Family Court to collect a fabricated support obligation through the IV-D agency deceived the Family Court, and caused it to err by violating the the separation of powers doctrine set forth in article *30* and in *Muskrat v. United States*, 219 U.S. 346, 352 (1911): "neither the legislative nor the executive branches can constitutionally assign to the judicial any duties but such as are properly judicial, and to be performed in a judicial manner." Thus, the defendants subverted "our most valuable Laws, and alter[ed] fundamentally the Forms of our Government," see *Declaration of Independence*.

26) Finally, although I allege fraud on the court, this shall not be construed as a request to review or challenge any judgment or order of a state court, nor to enjoin the proceedings thereof; nor do I allege any injury or violation of a federal or due process right caused by the state court or any agency.

## DAMAGES

27) As a result of the defendants' crimes against the public justice and their unlawful pursuit of an illegal action, I have suffered actual damages, including but not limited to:

a. serious emotional distress from threats of incarceration, forced involuntary servitude, and taking of private property under the color of public welfare laws, with the intent to intimidate and to extort more than $150,000 from me;

b. serious emotional distress from the irrecoverable loss of parenting time and parental alienation, directly resulting from agency or judicial actions tainted by an illegal conflict of interest;

c. serious emotional distress from the harm done to my reputation from open and public ridicule, discredit, and stigmatization as a "deadbeat dad;"

d. serious economic hardships from actual illegal takings of money, financial surveillance, harassment, and censorship resulting in the loss of my personal bank accounts;

e. serious deprivation of my right to travel and illegal seizure of my personal automobile, including criminal charge of operating a motor vehicle without a license (Citation 181281AB, 11/4/2021 — dismissed); and,

f. costs, time, emotional distress and exertion associated with defending the illegal actions to collect a fabricated support obligation.

## PRAYER FOR RELIEF

**WHEREFORE,** I, pray for relief as follows:

28) In consideration for the defendants' outrageous and intentional misconduct, evil motives, and reckless indifference to the law, the public justice, and my rights, I pray that the Court grant JUDGMENT of compensatory and punitive damages[7] of $450,000.00, to be assessed severally and jointly against the defendants.

---

[7] Please reference *Cindy v. Wal-Mart Stores, Inc.* (No. 1), 455 Mass. 91 (2009).

## DEMAND FOR TRAIL BY JURY

29) I demand the right of trial by jury on all issues so triable, pursuant to the *Seventh Amendment* to the United States Constitution and *Fed. R. C. Pro. 38*.

Dated: January 24, 2025.          Respectfully submitted,

/s/ *Kang Lu*

Kang Lu, *in propria persona*
A Citizen of New Hampshire,
Residing in Cheshire County,
And receiving mail at
106 Sewall Ave. Apt # 3
Brookline, Massachusetts
libertywithoutlicense@gmail.com
Voicemail: 413-300-2102